ACCEPTED
01-15-00230-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 3:34:39 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 2012-44569

| | | |
|---|---|---|
| ALAN BENTZ, M.D., | § | IN THE DISTRICT COURT OF |
|     Applicant, | § | |
| | § | FILED IN |
| | § | 1st COURT OF APPEALS |
| v. | § | HARRIS COUNTY, TEXAS HOUSTON, TEXAS |
| | § | 3/23/2015 3:34:39 PM |
| GEORGE DAVIS, M.D., et al., | § | CHRISTOPHER A. PRINE |
|     Respondents. | § | 190th JUDICIAL DISTRICT Clerk |
| | § | |

## APPLICANT'S REQUEST FOR PREPARATION OF CLERK'S RECORD

TO:  Harris County Civil Post Trial Department,
      Harris County Civil Courthouse, 201 Caroline, Room 250, Houston, Texas 77002

1.      Pursuant to Texas Rule of Appellate Procedure 34.5, Applicant Alan Bentz, M.D. ("Dr. Bentz"), respectfully requests that the Clerk prepare the Clerk's Record for the appeal in the above-referenced case. The appeal has been assigned appellate Case No. 01-15-00230-CV and has been assigned to the First Court of Appeals sitting in Houston, Texas.

2.      Because the Respondents/Appellants in this cause have already requested the inclusion in the record of all necessary documents, Dr. Bentz need not request any additional documents. **However,** for the sake of clarity, Dr. Bentz **does** specifically request that the Clerk include in the record the 23-page version of the pleading entitled "Dr. Bentz's Reply in Support of his Application to Confirm an Arbitration Award and Response to Entity Respondents' Motion to Vacate," which was filed on 12/1/2014 in Envelope No. 3323802 and bears Image Number 63330249 on the Harris County District Clerk's website. A 3-page version of this pleading was mistakenly filed the same day, but the 23-page version is the pleading that Dr. Bentz requests be included in the record. Counsel for Dr. Bentz is available to consult with the Clerk if there should be any questions related to this Request.

3.      Once the Clerk has notified undersigned counsel for Dr. Bentz of the amount of the fee, if any, for preparing this record, Dr. Bentz will remit payment of said fee as required.

53962054.2

- 1 -

Dated: March 23, 2015          NORTON ROSE FULBRIGHT US LLP

/s/ Rachel Roosth
_____
    Andrew Price
    State Bar No. 24002791
    andrew.price@nortonrosefulbright.com
    Rachel Roosth
    State Bar No. 24074322
    rachel.roosth@nortonrosefulbright.com
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246

***Attorneys for Alan Bentz, M.D.***

## CERTIFICATE OF FILING AND SERVICE

On March 23, 2015, this Request for Preparation of Clerk's Record was electronically filed in compliance with Texas Rule of Appellate Procedure 9.2(c) with:

Mr. Christopher Prine
Clerk of the Court
First & Fourteenth Courts of Appeals
301 Fannin
Houston, TX 77002

I also hereby certify that a true and correct copy of this Request was served upon all parties' counsel of record in accordance with the Texas Rules of Civil Procedure on March 23, 2015.

                    /s/ Rachel Roosth
                    _____
                    Rachel Roosth